**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:16-MC-5021-BHS |
| Plaintiff, | (3:08-CR-5407-2) |
| v. | **Order Terminating Garnishment Proceeding** |
| JEFFREY S. OGBURN, | |
| Defendant/Judgment Debtor, | |
| and | |
| LARSON AUTOMOTIVE GROUP, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that Garnishee, Larson Automotive Group, is relieved of further responsibility pursuant to this garnishment.

//

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Jeffery S. Ogburn & Larson Automotive Group,*
USDC#: 3:16-MC-5021-BHS/3:08-CR-5407-2) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this __13__ day of September, 2016.

_____

BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Jeffery S. Ogburn & Larson Automotive Group,*
USDC#: 3:16-MC-5021-BHS/3:08-CR-5407-2) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970